IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>JOAQUIM LEITE NETO<br><br><br>      Debtor | Chapter 13<br>Case No. 18-23165-TJC |
| TRUMAN CAPITAL ADVISORS, LP.,<br>TRUMAN 2013 SC4, LLC, U.S.<br>BANK, N.A. AS LEGAL TITLE TRUSTEE<br>FOR THE TRUMAN 2013 SC4 TRUST, AND<br>AS TRUSTEE FOR TRUMAN<br>2017 SC7 MD ML, LLC ASSET-BACKED<br>SECURITIES AND DOUG PERRY<br><br><br>      Movant<br><br>v.<br><br>JOAQUIM LEITE NETO<br>      (Debtor)<br><br>TIMOTHY P. BRANIGAN<br>      (Trustee)<br><br>      Respondents | AP Case No. 18-00391 |

MOTION TO DISMISS DEBTOR'S ADVERSARY COMPLAINT

COMES NOW, TRUMAN CAPITAL ADVISORS, LP.,  TRUMAN 2013 SC4, LLC,

U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR THE TRUMAN 2013 SC4

TRUST, AND AS TRUSTEE FOR TRUMAN 2017 SC7 MD ML, LLC ASSET-

BACKED SECURITIES AND DOUG PERRY by and through counsel and files its

Motion to Dismiss pursuant to FRCP 12(b)(6) as made applicable to these proceedings by

FRBP 7012, moves this court for an Order dismissing the Plaintiff's Adversary

Complaint for failure to state a cause of action upon which relief can be granted.

Plaintiff's complaint is vague and does not state with particularity any cause of action for which this Court can order relief.

The Plaintiff does not reference any particular action taken by any party for which a defense could even be asserted properly.

As Such, Plaintiff's Complaint fails to offer a plausible theory of recovery and should be dismissed with prejudice. Wherefore, Movant requests that this Court enter an order dismissing Plaintiff's Complaint with prejudice, and for any other relief this Court deems proper.

Respectfully submitted,

Date: <u>January 28, 2019</u>    <u>/s/ Namrata Loomba</u>
Namrata Loomba, Bar #20053
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
nloomba@orlans.com
*Counsel for Movant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by first-class, postage pre-paid U.S. mail this 28th day of January, 2019 to the following:

Joaquim Leito Neto
12616 Shoal Creek Terrace
Beltsville, MD 20705
*Debtor*

   /s/ Namrata Loomba
Namrata Loomba, Esq.